UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Devon HARMON,
Defendant–Appellant.

No. 16–6413

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2016

Decided: June 29, 2016

Michael Devon Harmon, Appellant Pro Se. John Lanier File, Assistant United States Attorney, Beckley, West Virginia, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Devon Harmon appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Harmon, No. 1:14–cr–00017–1 (S.D.W. Va. Mar. 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED